IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br>　　*Plaintiff*,<br>　　　　v.<br>**PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia, et al.,**<br>　　*Defendants*. | No. 2:24-cv-00271<br><br>Judge Thomas E. Johnston |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO CONSOLIDATE**

　　Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") and Defendants by and through undersigned counsel jointly move the Court to enter an order providing PhRMA a 14-day extension of time to respond to Defendants' motion to consolidate. *See* ECF No. 60. In support, the parties state as follows:

　　1.　　On November 5, 2024, Defendants filed a motion to consolidate this action with three other actions currently pending, *AstraZeneca Pharmaceuticals LP v. McVey*, No. 2:24-cv-290, *AbbVie, Inc. v. Morrisey*, No. 2:24-cv-298, and *Novartis Pharmaceuticals Corp. v. Morrisey*, No. 2:24-cv-00272.

　　2.　　This Court suspended the briefing schedule on that motion until fourteen days after the Court's ruling on the PhRMA's then-pending motion for a preliminary injunction. ECF No. 64.

　　3.　　The Court granted PhRMA's motion for a preliminary injunction on December 17, 2024. ECF No. 68. PhRMA's response to the motion to consolidate is therefore due on December 31, 2024.

1

4. On December 30, 2024, plaintiff in *Novartis*, No. 2:24-cv-00272, jointly moved with Defendants for an extension of time to respond to Defendants' motion to consolidate, shifting the deadline from December 31, 2024 to January 14, 2025. That request was granted on December 30.

5. Given the deadline of December 31 falls on New Years Eve and to permit adequate time for PhRMA to prepare its response to the pending motion to consolidate, the parties **AGREE** and **STIPULATE** that PhRMA should be afforded additional time to respond to Defendants' motion to consolidate.

6. Accordingly, the parties respectfully request that the Court enter an order extending PhRMA's deadline to respond to the motion to consolidate until January 14, 2025.

7. This 14-day extension will not prejudice any party to this action.

Dated:  December 31, 2024

Respectfully submitted,

*/s/ Joseph V. Schaeffer*

Timothy M. Miller, Esquire (WVSB #2564)
Jennifer J. Hicks, Esquire (WVSB #11423)
Austin D. Rogers, Esquire (WVSB #13919)
Babst Calland Clements & Zomnir, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
Phone: (681) 265-1362
Fax: (681) 205-8814
tmiller@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

and

Joseph V. Schaeffer, Esquire (WVSB #12088)
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
Phone: (412) 394-5499
Fax: (412) 394-6576
jschaeffer@babstcalland.com

Philip J. Perry (*pro hac vice*)
Andrew D. Prins (*pro hac vice*)
Abid. R. Qureshi (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
philip.perry@lw.com
andrew.prins@lw.com
abid.qureshi@lw.com

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*

/s/ J.H. Mahaney
J.H. Mahaney (WV Bar No. 6993)
DINSMORE & SHOHL LLP
611 Third Avenue
Huntington, West Virginia 25701
Telephone: 304-691-8320
John.Mahaney@dinsmore.com

Bryan Murray*
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, Pennsylvania 15222
Telephone: 412-339-5603
Bryan.Murray@dinsmore.com

Sarah Reddick*
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: 502-540-2397
Sarah.Reddick@dinsmore.com

***Special Assistant Attorneys General***
***Counsel for Defendants***
*\*Admitted pro hac vice*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia, et al.,**<br><br>*Defendants*. | No. 2:24-cv-00271<br><br>Judge Thomas E. Johnston |

### CERTIFICATE OF SERVICE

The undersigned, as counsel for Plaintiff, hereby certifies that on December 31, 2024, I electronically filed the ***Joint Motion for Extension of Time for Plaintiff to Respond to Defendants' Motion to Consolidate*** with the Clerk of the Court via the CM/ECF system which will send an electronic notification to counsel of record as follows:

Curtis R.A. Capehart, Esquire
Deputy Attorney General
Office of the West Virginia Attorney General
State Capitol Complex
1900 Kanawha Boulevard, East
Building 1, Room E-26
Charleston, WV 25305
Curtis.R.A.Capehart@wvago.gov
*Counsel for Defendant Patrick Morrisey, in his official capacity as*
*Attorney General for the State of West Virginia*

Sean M. Whelan, Esquire
Deputy Attorney General
Office of the West Virginia Attorney General
State Capitol Complex
1900 Kanawha Boulevard, East

5

Building 1, Room E-26
Charleston, WV 25305
sean.m.whelan@wvago.gov
*Counsel for Defendant Allan L. McVey, in his official capacity*
*as Insurance Commissioner for the State of West Virginia*

Anthony D. Eates II, Esquire
Deputy Attorney General
Office of the West Virginia Attorney General
State Capitol Complex
1900 Kanawha Boulevard, East
Building 1, Room E-26
Charleston, WV 25305
Anthony.d.eates@wvago.gov
*Counsel for Defendants John Bernabei, James Rucker, Jenna Misiti,*
*Sam Kapourales, David Bowyer, Dennis Lewis and Robert Duncan,*
*in their official capacities as Members of the West Virginia Board of Pharmacy*

J.H. Mahaney, Esquire
Dinsmore & Shohl LLP
611 Third Avenue
Huntington, WV 25701
John.mahaney@dinsmore.com
*Counsel for Defendants*

Bryan Murray, Esquire
Dinsmore & Shohl LLP
1300 Six PPG Place
Pittsburgh, PA 15222
Bryan.murray@dinsmore.com
*Counsel for Defendants*

Sarah Reddick, Esquire
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
sarah.reddick@dinsmore.com
*Counsel for Defendants*

Robert M. Sellards, Esquire
John H. Zickefoose, Esquire
Spilman Thomas & Battle, PLLC
401 10th Street, Suite 500
Huntington, WV 25701
rsellards@spilmanlaw.com
jzickefoose@spilman.com

6

*Counsel for Amici Curiae, American Hospital Association,
340B Health, West Virginia Hospital Association and
American Society of Health-System Pharmacists*

William B. Schultz, Esquire
Margaret M. Dotzel, Esquire
Alyssa Howard Card, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
*Counsel for Amici Curiae, American Hospital Association,
340B Health, West Virginia Hospital Association and
American Society of Health-System Pharmacists*

          */s/ Joseph V. Schaeffer*
          Joseph V. Schaeffer, Esquire (WVSB #12088)