### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br>   *Plaintiff*,<br>           v.<br>**PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia, et al.,**<br>   *Defendants*. | No. 2:24-cv-00271<br><br>Judge Thomas E. Johnston |

### ORDER

Pending before the Court is a joint stipulation and motion by both parties to extend the deadline to respond to the Defendants' motion to consolidate. (ECF No. 69.) For good cause shown, the Court **GRANTS** the request for an extension. The Court **ORDERS** that Plaintiff's response to the motion to consolidate, (ECF No. 60), shall be due January 14, 2025.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: _____ \_\_, 202\_

_____
Thomas E. Johnston
United States District Judge